IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TIMOTHY T. TOLLIVER, SR. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| EMMA ANDREWS | ) | |
|     Defendant. | ) | |

## REPORT AND RECOMMENDATION

Pursuant to LR 3.2 (d)(3), this case was submitted to the undersigned to determine if it is related to Case Numbers 1:11-cv-85 and 1:11-cv-104 which are assigned to U.S. District Judge Mattice and U.S. Magistrate Judge Carter. Because it does not involve the same property or arise out of the same transaction or occurrence, it is not a related case. However, it appears to involve common questions of law and I therefore RECOMMEND the above styled action be consolidated pursuant to FRCP 42 (a) with lead Case No. 1:11-cv-85, and pending final resolution of these consolidated cases, all subsequent papers, pleadings, and motions shall be filed in Case No. 1:11-cv-85.

    ENTER:

                                                                      *s/William B. Mitchell Carter*
                                                                    UNITED STATES MAGISTRATE JUDGE